

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2020

No. 04-20-00522-CV

**FROST BANK**,
Appellant

v.

Steven A. **DAVIS**, M.D., P.A.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI16478
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file its brief is granted. We order appellee's brief due December 28, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2020.

_____
Michael A. Cruz,
Clerk of Court